UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on September 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

HENRY ROBINSON
DIANE ROBINSON

Case No.:  13-34566

Judge:  ROSEMARY GAMBARDELLA

**ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: September 24, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): HENRY ROBINSON
DIANE ROBINSON

Case No.: 13-34566RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of TOYOTA MOTOR CREDIT CORPORATION, Court Claim Number 4, be reduced to amount paid to date through the plan by the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 13-34566-RG
Henry Robinson                                                                   Chapter 13
Diane Robinson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1            Date Rcvd: Sep 24, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2018.
db/jdb         +Henry Robinson,   Diane Robinson,   187 Lembeck Avenue,   Jersey City, NJ 07305-3802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., AS A SERVICER FOR U.S. BANK
               TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust, by Caliber Home Loans, Inc. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle  Labayen    on behalf of Joint Debtor Diane  Robinson michelle@labayenlaw.com,
               benitezgiovanna@gmail.com
              Michelle  Labayen    on behalf of Debtor Henry  Robinson michelle@labayenlaw.com,
               benitezgiovanna@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor    BENEFICIAL FINANCIAL I INC. bankruptcy@feinsuch.com
                                                                                             TOTAL: 8