Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  13−34566−RG
    Chapter:  13
    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Henry Robinson | Diane Robinson |
| 187 Lembeck Avenue | 187 Lembeck Avenue |
| Jersey City, NJ 07305 | Jersey City, NJ 07305 |

Social Security No.:
  xxx−xx−1541                                             xxx−xx−1700

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 8, 2019</u>                 <u>Rosemary Gambardella</u>
                                              Judge, United States Bankruptcy Court