Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13−34566−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Henry Robinson
187 Lembeck Avenue
Jersey City, NJ 07305

Diane Robinson
187 Lembeck Avenue
Jersey City, NJ 07305

Social Security No.:
xxx−xx−1541

xxx−xx−1700

Employer's Tax I.D. No.:

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on December 23, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 90 − 88
Order Granting Motion To Reopen Case re: Based on violation of the discharge injunction. (Related Doc # 88). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/23/2019. Closing Review date is 1/24/2020. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 23, 2019
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-34566-RG
Henry Robinson                                                            Chapter 13
Diane Robinson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Dec 23, 2019
                              Form ID: orderntc        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db/jdb        +Henry Robinson,   Diane Robinson,   187 Lembeck Avenue,   Jersey City, NJ 07305-3802
aty           +Nicholas V. Rogers,   Fein, Such, Kahn & Shepard PC,   7 Centry Drive, Ste., 201,
               Parsippany, NJ 07054-4673
cr             Amerian Express Centurion Bank,   c/o Becket and Lee LLP,   POB  3001,
               Malvern, PA  19355-0701
cr            +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
                                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., AS A SERVICER FOR U.S. BANK
               TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust, by Caliber Home Loans, Inc. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle Labayen    on behalf of Debtor Henry  Robinson michelle@labayenlaw.com,
               silvia@labayenlaw.com;giovanna@labayenlaw.com
              Michelle Labayen    on behalf of Joint Debtor Diane  Robinson michelle@labayenlaw.com,
               silvia@labayenlaw.com;giovanna@labayenlaw.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor    BENEFICIAL FINANCIAL I INC. bankruptcy@feinsuch.com
                                                                                               TOTAL: 9