| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>DEC 23 2019<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Michelle Labayen (ML 2960)<br>Law Office of Michelle Labayen PC<br>24 Commerce Street<br>Suite 1300<br>Newark, NJ 07102<br>973-622-1584<br>michelle@labayenlaw.com | |
| In Re:<br><br>Henry and Diane Robinson | Case No.: 13-34566<br><br>Chapter: 13<br><br>Hearing Date: December 18, 2019<br>Hearing Time: 10:00 am<br><br>Judge: Rosemary Gambardella |

## ORDER GRANTING MOTION TO REOPEN

The relief set forth on the following page is **ORDERED**.

12-23-19       _/s/ Rosemary Gambardella_
                        USBJ

Page 2 13-34566
Motion to Reopen

The Court having reviewed the debtor's Motion to Reopened, and any related responses or objections, it is hereby

ORDERED that:

1. The Debtor's case is reopened

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Henry Robinson  
Diane Robinson  
    Debtors

Case No. 13-34566-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 23, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2019.  
db/jdb          +Henry Robinson,   Diane Robinson,   187 Lembeck Avenue,   Jersey City, NJ 07305-3802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2019 at the address(es) listed below:

        Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., AS A SERVICER FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
        Andrew L. Spivack    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc. nj.bkecf@fedphe.com  
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Michelle Labayen    on behalf of Joint Debtor Diane Robinson michelle@labayenlaw.com, silvia@labayenlaw.com;giovanna@labayenlaw.com  
        Michelle Labayen    on behalf of Debtor Henry Robinson michelle@labayenlaw.com, silvia@labayenlaw.com;giovanna@labayenlaw.com  
        Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
        R. A. Lebron    on behalf of Creditor    BENEFICIAL FINANCIAL I INC. bankruptcy@feinsuch.com  
                                                          TOTAL: 9